**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BFI WASTE SYSTEMS OF
NORTH AMERICA, INC.,

Civil No. 00-294 ADM/AJB

Plaintiff,

v.

**ORDER**

VASKO ROLL-OFF SERVICE, INC.,
NEWELL ABATEMENT SERVICES, INC.,
SCHERER BROTHERS LUMBER CO. and
SCHERER LIMITED PARTNERSHIP,

Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated August 14, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein IT IS HEREBY ORDERED that Plaintiff's request for an entry of judgment pursuant to the Settlement Agreement and Confession of Judgment is denied for lack of subject matter jurisdiction.

Dated: September 10, 2001

Ann D. Montgomery
United States District Judge

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK